NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JESSE A. BELTRAN,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7132

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-2763, Judge William P. Greene, Jr.

---

## ON MOTION

---

Before BRYSON, SCHALL, and PROST, *Circuit Judges.*

PER CURIAM.

## ORDER

Jesse A. Beltran moves for reconsideration of this court's November 14, 2011 order granting the Secretary of Veterans Affairs' motion to dismiss for lack of jurisdiction.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration is denied.

FOR THE COURT

FEB 2 7 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jesse A. Beltran
Delisa M. Sanchez, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB -2 7 2012

JAN HORBALY
CLERK